April 15, 2014



# JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

ARTHUR F. PRESTON, INDIVIDUALLY AND AS TRUSTEE OF THE
ARTHUR F. PRESTON TRUST UTA DATED MARCH 1, 1988, Appellant

NO. 14-13-00667-CV                            V.

STEPHANIE ANN PRESTON, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on May 6, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.